Certificate Number: 14912-CAC-DE-040366406

Bankruptcy Case Number: 25-13371



14912-CAC-DE-040366406

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 1, 2025</u>, at <u>6:18</u> o'clock <u>PM EST</u>, <u>Jacob Zea</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>December 1, 2025</u>             By:   <u>/s/Jai Bhatt</u>

                                                                    Name: <u>Jai Bhatt</u>

                                                                    Title: <u>Counselor</u>